IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LORENZO LAVENDER,**

    **Plaintiff,**

                                                                   **Civil Action 2:19-cv-2382**
                                                                   **Judge Edmund A. Sargus, Jr.**
    v.                                                    **Chief Magistrate Judge Elizabeth P. Deavers**

**TITANIUM METALS**
**CORPORATION,**

    **Defendant.**


## ORDER

On November 8, 2019, the Court granted Defendant's Motion to Compel Arbitration and Stay the Complaint (ECF No. 5) and **STAYED** this action until the arbitration had been held in accordance with the terms of the governing collective bargaining agreement.  (ECF No. 10.)  The parties are **ORDERED** to file a **JOINT STATUS REPORT** updating the Court on the status of the arbitration no later than **JANUARY 8, 2021**.

    **IT IS SO ORDERED.**


**Date: December 8, 2020**                          /s/ *Elizabeth A. Preston Deavers*
                                                    **ELIZABETH A. PRESTON DEAVERS**
                                                    **CHIEF UNITED STATES MAGISTRATE JUDGE**